Chorpenning, Good, Carlet & Garrison
Michael J. Zaretsky, Esq. (MZ-7098)
645 Fifth Avenue - Suite 703
New York, New York 10022
Telephone: 212-869-2147
Attorneys for Plaintiff
_____

| | |
|---|---|
| AMERICAN EXPRESS FINANCIAL ADVISORS INC., | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF NEW YORK |
| Plaintiff, | |
| -against- | Civil Action No.   04-1401 (LDW) |
| FRANK MARZANO, | NOTICE OF MOTION TO VACATE |
| | OR MODIFY ARBITRATION AWARD |
| Defendant. | |

_____

TO:          Thomas M. Campbell, Esq.
             SMITH CAMPBELL, LLP
             One Whitehall Street
             New York, New York 10004
             Telephone:   212-344-1500
             Attorneys for Defendant

SIR(S):

          PLEASE TAKE NOTICE, that the undersigned attorneys for plaintiff

hereby move the Court, pursuant to 9 U.S.C. A., Sections 10 and 11, for an Order

vacating or modifying the Decision of a Panel of the National Association of Securities

Dealers, Inc., dated January 13, 2006, in the matter of *American Express Financial*

*Advisors, Inc. against Frank P. Marzano"*, NASD Case No: 04-02723.

PLEASE TAKE FURTHER NOTICE, that the plaintiff shall rely upon the

Declarations of Eliott R. Good, Esq., dated March 17, 2006 and Michael J. Zaretsky, Esq.,

dated March 21, 2006, and the exhibits annexed thereto, as well as the accompanying

Memorandum of Law in support of such Motion.

DATED:      March 21, 2006                 CHORPENNING, GOOD, CARLET
                                          & GARRISON
                                          Attorneys for Plaintiff

                       By:      /s/_____
                            MICHAEL J. ZARETSKY, ESQ. (MZ7098)