# CHORPENNING, GOOD, CARLET & GARRISON
## ATTORNEYS AT LAW

| CHORPENNING, GOOD & PANDORA CO., L.P.A. | CARLET, GARRISON KLEIN & ZARETSKY, L.L.P. |
|---|---|
| 77 EAST NATIONWIDE BLVD. | 645 FIFTH AVENUE, SUITE 703 |
| COLUMBUS, OHIO 43215-2539 | NEW YORK, NEW YORK 10022 |
| (614) 228-8136 | (212) 869-2147 |
| FAX (614) 469-0122 | FAX (973) 777-0412 |

REPLY TO: _____NEW YORK_____

**Electronically Filed**

March 23, 2006

Clerk, U.S. District Court
Eastern District of New York
U.S. Courthouse – 225 Cadman Plaza East
Brooklyn, New York  11201

Re:   AMERICAN EXPRESS FINANCIAL ADVISORS, INC. against
       FRANK P. MARZANO
       Civil Action No:  04-1401 (LDW)

Dear Sir/Madam:

Attached to this letter, please find Exhibit "A" to the Declaration of Eliott R. Good, in connection with motion of plaintiff, American Express Financial Advisors, Inc., to vacate the arbitration award of Arbitrators of the National Association of Securities Dealers, Inc., which was inadvertently omitted from our electronic submission to the Court on March 22, 2006.

By copy of this letter, I am forwarding same to Judge Leonard D. Wexler and Thomas M. Campbell, Esq., via Federal Express Overnight Courier Service.

I apologize for any inconvenience this may have caused the Court.

Very truly yours,

/S/
MICHAEL J. ZARETSKY

MJZ:lf
Enclosures
cc:    Honorable Leonard D. Wexler
       Thomas M. Campbell, Esq.
       (via Federal Express)

# EXHIBIT "A"
# to Declaration of
# Eliott R. Good

**NASD Dispute Resolution**
www.nasd.com
Northeast Region
One Liberty Plaza ● 165 Broadway ● 27th Floor
New York NY ● 10006-1400 ● 212-858-4400 ● Fax 212-858-4429



**VIA FACSIMILE**

January 18, 2006

Michael Zaretsky, Esq.
Chorpenning, Good & Pandora Co., LPA
1135 Clifton Avenue
Clifton, NJ 07013

Subject:　　NASD Dispute Resolution Arbitration Number 04-02723
　　　　　　　American Express Financial Advisors, Inc. vs. Frank Patrick Marzano

Dear Mr. Zaretsky:

As per your previous communication with Carol Owens of this office, this is to confirm that hearing tapes #1 and #2 for the hearing is blank, we apologize for any inconvenience this may have cause.

Very truly yours,

Vanier Martin
Case Administrator
212-858-4200　Fax: 301-527-4904


VM:CLO:LC53A
rc:06/02

RECIPIENTS:
　　Michael Zaretsky, Esq., Ameriprise Financial Services
　　Chorpenning, Good & Pandora Co., LPA, 1135 Clifton Avenue, Clifton, NJ 07013